IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL NO. 1:26-CV-02731-CRC |
| v. | * | |
| **580 SQUARE FEET OF VACANT LAND, MORE OR LESS, SITUATE IN THE DISTRICT OF COLUMBIA, DESIGNATED AS SQUARE 0268 LOT 0813, *et al.*,** | * | |
| | * | |
| DEFENDANTS. | * | |

* * * * * * * * * * * * * *

**AMENDED CERTIFICATE OF PROOF OF SERVICE BY PUBLICATION**

Pursuant to Fed. R. Civ. P. 71.1(d)(3)(B), undersigned counsel for Plaintiff, National Railroad Passenger Corporation ("Amtrak"), hereby certifies the following:

1. On August 3, 2026, Plaintiff filed its Complaint for Condemnation and Notice of Condemnation in the above-captioned matter.

2. Plaintiff filed its Certificate of Diligent Search. *See* (ECF Nos. 23, 25).

3. Plaintiff served by publication, pursuant to Rule 71.1(d)(3)(B) of the Federal Rules of Civil Procedure, the following Defendants:

   a. 580 Square Feet Of Vacant Land, More Or Less, Situate In The District Of Columbia, Designated As Lot 0813 Square 0268, Maine Avenue SW, Washington, D.C. 20024;

   b. Confederation Life Insurance Company; and

   c. Unknown Owners and Others Who May Have an Interest.

4. In accordance with Fed. R. Civ. P. 71.1(d)(3)(B), Proof of Service by Publication is attached hereto as **Exhibits A and B**. Mailing of notice pursuant to Fed. R. Civ. P. 71.1(d)(3)(B)

could not be performed as there is no known place of residence or are beyond the territorial limits of personal service. Publication was made in The Daily Washington Law Reporter on September 9, 16, and 23, 2026. Publication was also made in The Washington Times on September 17 and 24, and October 1, 2026. Service was therefore effected on the above-named Defendants as of the last day of publication, October 1, 2026, and responses are due no later than October 22, 2026.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Alejandro Camacho*
Alejandro Camacho, US DC Bar ID MD0251
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
acamacho@pklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will then be electronically served to any party that has elected electronic notification in this action as shown in *Attachment A*. Service as to any party whose address is unknown to Plaintiff is also made by filing the foregoing with the Clerk of the Court using the CM/ECF system pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) as shown in *Attachment A*. All other parties whose address is known and/or has not elected electronic notification in this action as shown below shall be served with the foregoing pursuant to Federal Rule of Civil Procedure 5(a)–(b) at their last known address via first class mail, postage prepaid, as shown in *Attachment A*.

*/s/ Alejandro Camacho*
Alejandro Camacho, US DC Bar ID MD0251